UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Lawrence J. O'Neill  **RE: Martin Eduardo Mosqueda-Garcia**
Chief United States District Judge  **Docket Number: 1:14CR00095-001**
Fresno, California  **PERMISSION TO TRAVEL**
 **OUTSIDE THE COUNTRY**

Your Honor:

Martin Eduardo Mosqueda-Garcia is requesting permission to travel to Guanajuato, Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On August 18, 2014, Martin Eduardo Mosqueda-Garcia was sentenced for the offenses of Counts 1, 3 and 5, 42 USC 408(a)(7)(C), Misuse of Social Security Number (Class D Felony); and Counts 2, 4 and 6, 18 USC 1028A, Aggravated Identity Theft (Class E Felony).

**Sentence Imposed:** 24 months custody in the Bureau of Prisons; 36 months Supervised Release; $600 Special Assessment

**Dates and Mode of Travel:** From November 26, 2018, through December 20, 2018. Mode of travel is Volaris Airline.

**Purpose:** Visit family.

1

**RE: Martin Eduardo Mosqueda-Garcia
Docket Number: 1:14CR00095-001
<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

Adrian Garcia
United States Probation Officer

Dated: November 8, 2018
Fresno, California
AG/dp

**REVIEWED BY:** *Tim D. Mechem*
**Tim D. Mechem
Supervising United States Probation Officer**

---

# ORDER OF THE COURT

**The Court orders:**

☒ Approved  ☐ Disapproved

IT IS SO ORDERED.

Dated: **November 20, 2018**   /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE